UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GONZALO GOMEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>7-11, et al,<br><br>             Defendants. | Case No.: 2:21-cv-01423-GMN-VCF<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

On August 13, 2021, Plaintiff Gonzalo Gomez ("Plaintiff") filed a Complaint against Defendants 7-11, Head Manager, and Team ("Defendants"). (*See* Compl., ECF No. 4). On September 27, 2022, the Court warned Plaintiff that if he did not properly serve Defendants by October 27, 2022, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 6). The deadline to do so has now passed, no proper proof of service has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 4) is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

**DATED** this __18__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court